JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY OLIVER, an individual.<br>Plaintiff,<br>vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br>Defendants. | No.  CV15-09731-GW(JPRx)<br><br>**ORDER** |

Based on the dismissal filed by the Plaintiff, GOOD CAUSE appearing,

IT IS HEREBY ORDERED that the above-captioned action against the Defendants County of Los Angeles, et al., is dismissed without prejudice.

Each party to bear their own costs and attorney fees. This dismissal does not Constitute an adjudication on the merits.

IT IS SO ORDERED.

Dated: June 28, 2016            _____/s/ George H. Wu_____
                                 Honorable George H. Wu,
                                 United States District Judge